UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 08-31 |
| AHMED JOAQUIN, a/k/a "Ahmeed Joaquin" | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Harvey Bartle, IV, Assistant United States Attorney, appearing), and defendant Ahmed Joaquin, a/k/a "Ahmeed Joaquin" (by Candace Hom, Assistant Federal Public Defender, appearing), for an order granting a 30-day continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress between the United States and defendant Joaquin, and both the United States and defendant Joaquin desire additional time to finalize a plea agreement, which would render trial of this matter

unnecessary;

2. Defendant Joaquin has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 17th day of April, 2008

ORDERED that the proceedings in the above-captioned matter are continued from April 20, 2008 through May 19, 2008;

IT IS FURTHER ORDERED that the period between from April 20, 2008 through May 19, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the trial in this matter will commence on 5/19/08 @ 10:00

HON. STANLEY R. CHESLER
United States District Judge

Consented and Agreed to by:

Harvey Bartle, IV
Assistant U.S. Attorney

Candace Hom
Counsel for defendant Joaquin

2