UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. AHMED JOAQUIN, a/k/a "Ahmeed Joaquin," Crim. No. 08-31 (SRC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. AHMED JOAQUIN, a/k/a "Ahmeed Joaquin" (SBI No. 000105550C) is now confined at the New Jersey Department of Corrections, Northern State Prison, in Newark, New Jersey.

2. Said individual will be required at Newark, New Jersey, before the Hon. Stanley R. Chesler, U.S. District Judge, on May 29, 2008, at 11:30 a.m. to enter a guilty plea in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 8, 2008

Harvey Bartle, IV
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 9, 2008

Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Northern State Prison:
WE COMMAND YOU that you have the body of

AHMED JOAQUIN,
a/k/a "Ahmeed Joaquin,"
(SBI No. 000105550C)

now confined at the Northern State Prison, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the United States Post Office and Courthouse, Federal Square, Newark, New Jersey, on May 29, 2008 at 11:30 a.m., so that he may enter a guilty plea in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 5/9/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk