CHRISTOPHER J. CHRISTIE
United States Attorney
By: Harvey Bartle, IV
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey  07102
(973) 353-6095

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-31 |
| AHMED JOAQUIN, a/k/a "Ahmeed Joaquin" | : : | CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, (Assistant United States Attorney Harvey Bartle, IV, appearing), for the entry of a consent judgment and preliminary order of forfeiture, and defendant Ahmed Joaquin, a/k/a "Ahmeed Joaquin" (Candace Hom, Assistant Federal Public Defender, appearing), having consented to the request; and the Court having found that:

**WHEREAS,** in accordance with the Plea Agreement dated February 15, 2008 entered into between the United States of America and defendant Ahmed Joaquin, a/k/a "Ahmeed Joaquin," in the above matter, the defendant, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), has agreed to forfeit to the United States the following property:

one Davis Industries .32 caliber handgun, model P-32, bearing the serial number P191183, and seven rounds of .32 caliber ammunition (hereinafter the "Forfeited Firearm and Ammunition"); and

**WHEREAS,** defendant, Ahmed Joaquin, a/k/a "Ahmeed Joaquin," has specifically acknowledged notice of the criminal forfeiture, consented to the entry of a Consent Judgment and Preliminary Order of Forfeiture, and waived his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2(a) and 43(a); and

**WHEREAS,** defendant, Ahmed Joaquin, a/k/a "Ahmeed Joaquin," has agreed not to contest the forfeiture of the above referenced property;

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the Forfeited Firearm and Ammunition pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS,** defendant Ahmed Joaquin, a/k/a "Ahmeed Joaquin," has waived and abandoned all right, title and interest in the Forfeited Firearm and Ammunition; and defendant Ahmed Joaquin, a/k/a "Ahmeed Joaquin," has further waived, released and withdrawn any claim that defendant may have made with respect to the Forfeited Firearm and Ammunition, and waived and released any

claim that defendant might otherwise have made to that property in the future; and

**WHEREAS,** defendant Ahmed Joaquin, a/k/a "Ahmeed Joaquin," having consented to the destruction of the Forfeited Firearm and Ammunition; and for good and sufficient cause shown;

It is hereby **ORDERED, ADJUDGED AND DECREED:**

1. That one Davis Industries .32 caliber handgun, model P-32, bearing the serial number P191183, and seven rounds of .32 caliber ammunition, is to be held by any authorized agency of the United States in its secure custody and control;

2. That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the Forfeited Firearm and Ammunition in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Forfeited Firearm and Ammunition must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Forfeited Firearm and Ammunition; (b) shall be signed by the petitioner under penalty

of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the Forfeited Firearm and Ammunition and any additional facts supporting the petitioner's claim and the relief sought;

4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeited Firearm and Ammunition that is the subject of this Consent Judgment and Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture authorizing the United States to destroy the Forfeited Firearm and Ammunition.

**ORDERED** this 6th day of June, 2008.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge